**UNITED STATES of America,**
**Appellee,**

v.

**Freddie ROSS, Appellant.**

No. 03–2700.

United States Court of Appeals,
Eighth Circuit.

Submitted April 26, 2004.

Decided May 3, 2004.

Nathan P. Petterson, U.S. Attorney's Office, Minneapolis, MN, for Plaintiff–Appellee.

Freddie Ross, Loretto, PA, pro se.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Federal inmate Freddie Ross appeals the district court's[1] partial denial of his Federal Rule of Criminal Procedure 41(e)[2] motion for return of seized property, which included $8,400 in cash and several non-cash items. We have carefully reviewed the record, and we find no clear error. *See United States v. Felici,* 208 F.3d 667, 669–70 (8th Cir.2000) (standard of review), *cert. denied,* 531 U.S. 1201, 121 S.Ct. 1209, 149 L.Ed.2d 123 (2001). Police found the $8,400 inside Ross's girlfriend's bedroom closet, Ross initially denied any knowledge of the cash, and he later told police the cash belonged to a Vikings football player. In addition, Ross's attorney conceded during the Rule 41 hearing that the motion was moot with respect to the seized non-cash items.

The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

2. The substance of former subsection (e) is now found in subsection (g), with stylistic changes. *See* Fed.R.Crim.P. 41 advisory committee notes (2002 amend.).